**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

HOLDING COMPANY OF THE
VILLAGES, INC.,

      Plaintiff,

v.                                       Case No:   5:22-cv-269-GAP-PRL

WORTHMANN LLC and TRIPLE
DDD LLC,

      Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment Against Triple DDD LLC (Doc. 30) filed October 11, 2022.

On November 9, 2022, the United States Magistrate Judge issued a report (Doc. 31) recommending that the motion be denied without prejudice. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Default Judgment Against Triple DDD LLC is **DENIED WITHOUT PREJUDICE**. Plaintiff may renew its

motion, if appropriate, when the case becomes ripe for final resolution.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on November 28, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party