UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HOLDING COMPANY OF THE
VILLAGES, INC.,

          Plaintiff,

v.                                      Case No:   5:22-cv-269-GAP-PRL

WORTHMANN LLC and TRIPLE
DDD LLC,

          Defendants

## ORDER

This cause comes before the Court on the renewed Motion for Default Judgment against Defendant Triple DDD, LLC.  (Doc. No. 44) filed May 10, 2023.

On June 22, 2023, the United States Magistrate Judge issued a report (Doc. No. 45) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment against Defendant Triple DDD, LLC.  is **GRANTED**.

3. Defendant Triple DDD, LLC is permanently enjoined from directly or indirectly infringing Plaintiff's rights in its Trademarks including:

(a) manufacturing, distributing, selling, marketing, advertising, or promoting any goods bearing marks confusingly similar to or identical to Plaintiff's trademarks; (b) engaging in any activity constituting unfair competition with Plaintiff; (c) engaging in any activity that is likely to dilute the distinctiveness of Plaintiff's trademarks; (d) making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that: (i) Triple's services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Triple; (e) registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the Plaintiff's trademarks or any other mark that infringes or is likely to be confused with Plaintiff's marks, or any goods or services of

Plaintiff, or Plaintiff as their source; (f) directing Triple to immediately cease all manufacture, display, distribution, marketing, advertising, promotion, sale, offer for sale and/or use of any and all materials that feature or bear any designation or mark incorporating the plaintiff's marks or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's marks; (g) directing that Triple recall and deliver up for destruction or other disposition all goods, packaging, containers, advertisements, promotions, signs, displays, and related materials incorporating or bearing the plaintiff's marks or any other mark that is a counterfeit, copy, confusingly similar variation, or colorable imitation of Plaintiff's marks; and (h) directing Triple to destroy or deliver up for destruction or transfer all materials in its possession, custody, or control used by it in connection with its infringing conduct, including without limitation its domain.

4.) It is further **ORDERED** that Plaintiff is entitled to declarations that Triple infringed its marks through using "The Villages Roofing" in connection with construction services, using the domain <thevillagesroofing.com> to advertise roofing services, and the

website content of &lt;thevillageroofing.com&gt;.

5.) It is further **ORDERED** that Defendant Triple DDD, LLC is permanently enjoined from using Plaintiff's federally registered trademarks:

(1) THE VILLAGES trademark No. 2,614,700 and

(2) *The Villages* trademark No. 4,468,815.

6.) The clerk is directed to enter judgment in favor of the Plaintiff Holding Company of the Villages, Inc. against Defendant Triple DDD, LLC, and thereafter close the case.

**DONE** and **ORDERED** on July 24, 2023.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party